1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  STEVEN R. BLACKBURN, SBN 154797
   ANDREW J. SOMMER, SBN 192844
7  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
8  San Francisco, CA 94111-5427
   Telephone: (415) 398-3500
9  Facsimile: (415) 398-0955

10 Attorneys for Unilab Corporation, dba
   Quest Diagnostics (named in plaintiff's
11 complaint as Quest Diagnostics Clinical
   Labs, Inc. dba Quest Diagnostics #6824354)

12

13

14                    UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17 BRENDA PICKERN,                    Case No. 2:12-cv-00086-LKK-EFB

18        Plaintiff,
                                      STIPULATION FOR DISMISSAL and
19 v.                                 ORDER THEREON

20 QUEST DIAGNOSTICS CLINICAL
   LABS, INC. dba QUEST
21 DIAGNOSTICS #6824354,

22
          Defendants.
23 _____/

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, BRENDA PICKERN, and defendant, QUEST DIAGNOSTICS CLINICAL LABS, INC. dba QUEST DIAGNOSTICS #6824354 (who answered plaintiff's complaint as Unilab Corporation, dba Quest Diagnostics), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 26, 2012                    DISABLED ADVOCACY GROUP, APLC


                                         _/s/   Lynn Hubbard_____
                                         LYNN HUBBARD III
                                         Attorney for Plaintiff Brenda Pickern


Dated: March 26, 2012                    EPSTEIN BECKER & GREEN, P.C.


                                         _/s/   Andrew J. Sommer_____
                                         STEVEN R. BLACKBURN
                                         ANDREW J. SOMMER
                                         Attorneys for Unilab Corporation, dba Quest
                                         Diagnostics (named in plaintiff's complaint as
                                         Quest Diagnostics Clinical Labs, Inc. dba
                                         Quest Diagnostics #6824354)


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00086-LKK-EFB, is hereby dismissed with prejudice.

Dated: March 27, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT