LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

STEVEN R. BLACKBURN, SBN 154797
ANDREW J. SOMMER, SBN 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Unilab Corporation, dba Quest Diagnostics (named in plaintiff's complaint as Quest Diagnostics Clinical Labs, Inc. dba Quest Diagnostics #6824354)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | Case No. 2:12-cv-00086-LKK-EFB |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| QUEST DIAGNOSTICS CLINICAL LABS, INC. dba QUEST DIAGNOSTICS #6824354, | |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES:

2  Plaintiff, BRENDA PICKERN, and defendant, QUEST DIAGNOSTICS CLINICAL LABS, INC. dba QUEST DIAGNOSTICS #6824354 (who answered plaintiff's complaint as Unilab Corporation, dba Quest Diagnostics), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 26, 2012                          DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff Brenda Pickern

Dated: March 26, 2012                          EPSTEIN BECKER & GREEN, P.C.

 */s/   Andrew J. Sommer*
STEVEN R. BLACKBURN
ANDREW J. SOMMER
Attorneys for Unilab Corporation, dba Quest Diagnostics (named in plaintiff's complaint as Quest Diagnostics Clinical Labs, Inc. dba Quest Diagnostics #6824354)

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00086-LKK-EFB, is hereby dismissed with prejudice.

Dated: March 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT